# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1380

VEHICLE IP, LLC,

        Plaintiff-Appellant,

v.

AT&T MOBILITY, LLC and TELENAV, INC.,

        Defendants-Appellees,

and

CELLCO PARTNERSHIP, NETWORKS IN MOTION, INC., and TELECOMMUNICATION SYSTEMS, INC.,

        Defendants-Appellees.

Appeal from the United States District Court for the District of Delaware in case no. 09-CV-1007, Judge Leonard P. Stark.

Authorized Abbreviated Caption[2]

VEHICLE IP, LLC V AT&T MOBILITY, LLC, 2013-1380

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.