**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Vehicle IP, LLC   v.   At&T Mobility, LLC

No. 13-1380

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se     ✓ As counsel for: Vehicle IP, LLC
                                    Name of party

I am, or the party I represent is (select one):

_____ Petitioner   _____ Respondent   _____ Amicus curiae   _____ Cross Appellant
✓ Appellant        _____ Appellee     _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant     _____ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Geoffrey D. Biegler |
| Law firm: | Fish & Richardson PC |
| Address: | 12390 El Camino Real |
| City, State and ZIP: | San Diego, CA 92130 |
| Telephone: | 858-678-5070 |
| Fax #: | 858-678-5099 |
| E-mail address: | biegler@fr.com |

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 2012

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes   ✓ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| May 20, 2013 | /s/ Geoffrey D. Biegler |
| Date | Signature of pro se or counsel |

cc: _____