**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Vehicle IP, LLC                  v.   AT&T Mobility, LLC, et al.

No. 13-1380

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se     ✓ As counsel for: Vehicle IP, LLC
                                   Name of party

I am, or the party I represent is (select one):

_____Petitioner    _____Respondent    _____Amicus curiae    _____Cross Appellant
✓ Appellant    _____Appellee    _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant    _____Respondent or appellee

My address and telephone are:

Name: William R. Woodford
Law firm: Fish & Richardson PC
Address: 12390 El Camino Real
City, State and ZIP: San Diego, CA 92130
Telephone: 858-678-5070
Fax #: 858-678-5099
E-mail address: biegler@fr.com

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): January 6, 2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes    ✓ No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

May 20, 2013                          /s/ William R. Woodford
   Date                              Signature of pro se or counsel

cc: _____