**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Vehicle IP, LLC     v.    At&T Mobility, LLC

No. 13-1380

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se        ✓ As counsel for:    Vehicle IP, LLC
                                        Name of party

I am, or the party I represent is (select one):

_____Petitioner  _____Respondent  _____Amicus curiae  _____Cross Appellant
✓Appellant       _____Appellee    _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant    _____Respondent or appellee

My address and telephone are:

Name: John A. Dragseth
Law firm: Fish & Richardson PC
Address: 3200 RBC Plaza, 60th South Street
City, State and ZIP: Minneapolis, MN  55402
Telephone: 612-335-5070
Fax #: 612-288-9696
E-mail address: dragseth@fr.com

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): August, 1998

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes    ✓No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

May 20, 2013                              /s/ John Dragseth
    Date                          Signature of pro se or counsel

cc: _____