2013-1380

# United States Court of Appeals for the Federal Circuit

**VEHICLE IP, LLC,**

*Plaintiff-Appellant,*

**V.**

**AT&T MOBILITY, LLC,**

*Defendants-Appellees.*

Appeal from United States District Court for the District of Delaware
Case No. 09-CV-1007

**UNOPPOSED MOTION TO ALLOW FOR 30-DAY EXTENSION OF TIME FOR APPELLANT TO FILE OPENING BRIEF**

Appellant Vehicle IP, LLC ("VIP"), hereby moves, under FRAP 26(b), Local Circuit Rule 26(b), and based on the accompanying Declaration of Geoffrey D. Biegler, for a 30-day extension of time (to and including August 5, 2013) to file its opening brief in the above-captioned appeal. The

1

brief is presently due on July 5, 2013. No prior extensions of time have been sought or obtained by VIP.

Counsel for Appellees (Akin Gump Strauss Hauer & Feld LLP, and Morrison & Foerster LLP) have stated that they will not oppose the motion.

June 21, 2013                    Respectfully submitted,


                                By: */s/ Geoffrey D. Biegler*_____
                                    Geoffrey D. Biegler
                                    Attorney for Appellant

# DECLARATION OF GOOD CAUSE

_____

I, Geoffrey D. Biegler, declare:

1. I am an attorney duly licensed and admitted to practice before this Court and an associate in the law firm of Fish & Richardson P.C. I am serving as counsel to Appellant VIP in the above-captioned matter. I have personal knowledge of the facts hereafter stated, and if called and sworn as a witness, could testify competently thereto. I make this declaration in support of this unopposed motion to allow for a 30-Day extension of time for VIP to file its opening brief.

2. <u>Nature of Appeal</u>: This appeal arises from the district court's grant of summary judgment of non-infringement in favor of Appellees.

3. <u>Good Cause</u>: There is good cause for this extension of time because the attorneys working on this appeal have experienced heavy, unanticipated and unavoidable travel schedules and accompanying deadlines relating to client and professional commitments during June that have interfered with their ability to complete the brief by the current due date. In addition, the current due date falls on the day after the July 4 holiday, and the offices of counsel for Appellant are closed on both July 4 and July 5 in observance of the holiday.

4. <u>Opposing Counsel Position</u>:  Counsel for Appellees have stated that they do not oppose this requested extension.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.  Executed this 21st day of June, 2013, at San Diego, California.

                                            /s/ Geoffrey D. Biegler
                                            Geoffrey D. Biegler
                                            Fish & Richardson P.C.
                                            12390 El Camino Real
                                            San Diego, CA 92130
                                            Telephone: 858-678-5070
                                            Facsimile: 858-678-5099

2013-1380

_____

# United States Court of Appeals for the Federal Circuit

_____

**VEHICLE IP, LLC,**

*Plaintiff-Appellant,*

**V.**

**AT&T MOBILITY, LLC,**

*Defendants-Appellees.*

_____

**Appeal from United States District Court for the District of Delaware Case No. 09-CV-1007**
_____

<u>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO ALLOW FOR 30-DAY EXTENSION OF TIME FOR APPELLANT TO FILE OPENING BRIEF</u>

Good cause appearing, it is hereby ordered that Appellant's Unopposed Motion to Allow for 30-Day Extension of Time to File Opening Brief is granted. Appellant VIP shall have to and including August 5, 2013 to file their opening/initial brief.

Dated: _____     By: _____

5

**Form 9**

FORM 9. Certificate of Interest

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

_____ v. _____

No. _____

**CERTIFICATE OF INTEREST**

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.   The full name of every party or amicus represented by me is:

_____
_____
_____

2.   The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

_____
_____
_____

3.   All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

_____
_____
_____

4.   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

_____
_____

_____        _____
Date                                                 Signature of counsel

                                                    _____
                                                    Printed name of counsel

Please Note: All questions must be answered
cc: _____

124

## CERTIFICATE OF FILING AND SERVICE

I certify that on June 21, 2013, a copy of the following documents:

1. Unopposed Motion to Allow for 30-Day Extension of Time for Appellant to File Opening Brief;

2. Declaration of Geoffrey D. Biegler;

3. Proposed Order Granting Unopposed Motion to Allow for 30-Day Extension for Appellant to File Opening Brief; and

4. Certificate of Interest

was electronically filed with the Court, and copies were caused to be served by CM/ECF notification on counsel of record for Appellees at the addresses indicated below:

| | |
|---|---|
| David R. Clonts<br>Akin Gump Strauss Hauer & Feld LLP<br>1111 Louisiana, 44th Floor<br>Houston, TX 77002<br>dclonts@akingump.com | *Counsel for Appellees AT&T Mobility LLC and TeleNav, Inc.* |
| Vincent J. Belusko<br>Morrison & Foerster LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA 90017-3543<br>vbelusko@mofo.com | *Counsel for Appellees Cellco Partnership, Telecommunications Systems, Inc. (TCS), and Networks in Motion, Inc. (NIM)* |

(VIA CM/ECF)

                                                           */s/ Geoffrey D. Biegler*_____
                                                              Geoffrey D. Biegler